**STATE of Missouri, Respondent,**

v.

**Anthony MARTIN, Appellant.**

**No. WD 38399.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

Gregory P. Robinson, Fayette, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

**ORDER**

PER CURIAM.

Appeal from conviction of attempting to do injury to a building or other property while an inmate pursuant to § 217.385 RSMo. Cum.Supp.1984 and sentence of four years' imprisonment.

Affirmed. Rule 30.25(b).